Lawson v. Riolo Transportation, Inc                                                                        Doc. 5

1  **WO**
2
3
4
5              IN THE UNITED STATES DISTRICT COURT
6                  FOR THE DISTRICT OF ARIZONA
7
8  Wayne Lawson,                    )   No. CV-07-1332-PHX-LOA
                                    )
9           Plaintiff,               )   **NOTICE OF ASSIGNMENT**
                                    )    **AND ORDER**
10 vs.                              )
                                    )
11 Riolo Transportation, Inc., a California)
   corporation,                     )
12                                  )
            Defendant.               )
13 _____)

14         Pursuant to Local Rule ("LRCiv") 3.8(a), Rules of Practice, effective
15 December 1, 2006, all civil cases are, and will be, randomly assigned to a U.S. district
16 judge or to a U.S. magistrate judge. This matter has been assigned to the undersigned U.S.
17 Magistrate Judge.
18         As a result of the aforesaid Local Rule, if all parties consent in writing, the
19 case will remain with the assigned magistrate judge pursuant to 28 U.S.C. 636(c)(1) for
20 all purposes, including trial and final entry of judgment. If any party chooses the district
21 judge option, the case will be randomly reassigned to a U.S. district judge. To either
22 consent to the assigned magistrate judge or to elect to have the case heard before a
23 district judge, the appropriate section of the form, entitled Consent To Exercise Of
24 Jurisdiction By United States Magistrate Judge[1], must be completed, signed and filed.
25
26 _____
     [1]The consent/election form may be obtained directly from the Clerk of the Court or
27 by accessing the District of Arizona's web site at www.azd.uscourts.gov. To find the
   consent/election form on the District's web site, click on "Local Rules" at the top of the page,
28 then click on "forms" on the left side of the page and then click on and print the appropriate

Dockets.Justia.com

1  The party filing the case or removing it to this Court is responsible for serving all parties
2  with the consent forms. Each party must file a completed consent form and certificate of
3  service with the Clerk of the Court not later than 20 days after entry of appearance, and
4  must serve a copy by mail or hand delivery upon all parties of record in the case.

5  Any party is free to withhold consent to magistrate judge jurisdiction
6  without adverse consequences.  28 U.S.C. 636(c)(2); Rule 73(b), Fed.R.Civ.P.; *Anderson
7  v. Woodcreek Venture Ltd.*, 351 F.3d 911, 913-14 (9th Cir. 2003) (pointing out that
8  consent is the "touchstone of magistrate judge jurisdiction" under 28 U.S.C. §636(c).  "A
9  party to a federal civil case has, subject to some exceptions, a constitutional right to
10  proceed before an Article III judge."   *Dixon v. Ylst*, 990 F.2d 478, 479 (9th Cir. 1993)
11  (citing *Pacemaker Diagnostic Clinic of Am. Inc. v. Instromedix, Inc.*, 725 F.2d 537, 541
12  (9th Cir. 1984) (*en banc*)).

13  A review of the Court's file indicates that Defendant Riolo Transportation,
14  Inc., has filed a Notice of Removal on July 10, 2007.

15  Defendant Riolo Transportation, Inc., shall have until July 31, 2007, within
16  which to make its selection to either consent to magistrate judge jurisdiction or elect to
17  proceed before a U. S. district judge.  It is unknown if a copy of the appropriate consent
18  form which shall be electronically transmitted to Defendant's counsel upon the Clerk's
19  receipt of this Order shall be served with the Notice of Removal per the written
20  instructions from the Clerk.

21  Accordingly,

22  **IT IS ORDERED** that the Defendant Riolo Transportation, Inc., shall file
23  on or before **July 31, 2007** its written election to either consent to magistrate judge
24  jurisdiction or elect to proceed before a United States district judge.

25  **IT IS FURTHER ORDERED** that if Defendant Riolo Transportation, Inc.,
26  shall serve upon the Plaintiff the appropriate consent form electronically transmitted to
27
28  form.

1 Defendant's counsel by the Clerk's office at the time of service of its Notice of Removal
2 upon Plaintiff.

3 **IT IS FURTHER ORDERED** that Plaintiff shall either consent to proceed
4 before a magistrate judge or elect to proceed before a district judge by **July 31, 2007.**

5 **IT IS FURTHER ORDERED** that counsel and any party, if
6 unrepresented, shall hereinafter comply with the Rules of Practice for the United States
7 District Court for the District of Arizona, as amended on December 1, 2006.   The
8 District's Rules of Practice may be found on the District Court's internet web page at
9 www.azd.uscourts.gov/.  All other rules may be found as www.uscourts.gov/rules/.  The
10 fact that a party is acting pro se does not discharge this party's duties to "abide by the
11 rules of the court in which he litigates."  *Carter v. Commissioner of Internal Revenue*, 784
12 F.2d 1006, 1008 (9th Cir. 1986).

DATED this 12th day of July, 2007.

_Lawrence O. Anderson_
Lawrence O. Anderson
United States Magistrate Judge